| | | |
|---|---|---|
| People v Borgella | 2d Dept: 144 AD3d 1048 (Kings) | denied 3/23/17 (DiFiore, Ch. J.) |
| People v Bottomley | 3d Dept: 146 AD3d 1026 (Schenectady) | denied 3/21/17 (Garcia, J.) |
| People v Bowers | 2d Dept: 144 AD3d 1049 (Kings) | denied 3/22/17 (Rivera, J.) |
| People v Boyd | 4th Dept: 145 AD3d 1481 (Monroe) | denied 3/15/17 (Stein, J.) |
| People v Brisco | 2d Dept: 145 AD3d 1028 (Queens) | denied 3/30/17 (Rivera, J.) |
| People v Brown | 4th Dept: 145 AD3d 1549 (Onondaga) | denied 3/6/17 (Stein, J.) |
| People v Brunson | 4th Dept: 145 AD3d 1476 (Onondaga) | denied 3/29/17 (Stein, J.) |
| People v Burns | 4th Dept: 142 AD3d 1401 (Cayuga) | denied 3/13/17 (Rivera, J.) |
| People v Cambridge | 2d Dept: 145 AD3d 795 (Queens) | denied 3/17/17 (DiFiore, Ch. J.) |
| People v Campbell | 1st Dept: 145 AD3d 435 (Bronx) | denied 3/30/17 (Rivera, J.) |
| People v Carr | 4th Dept: 145 AD3d 1506 (Erie) | denied 3/3/17 (Stein, J.) |
| People v Chirse | 3d Dept: 146 AD3d 1031 (Albany) | denied 3/31/17 (Fahey, J.) |
| People v Clayton | 2d Dept: 131 AD3d 623 (Kings) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Cobb | 2d Dept: 145 AD3d 738 (Suffolk) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v Colbert | 1st Dept: 146 AD3d 565 (NY) | denied 3/13/17 (Stein, J.) |
| People v Cole | 2d Dept: 144 AD3d 699 (Orange) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Coleman | 4th Dept: 145 AD3d 1641 (Cayuga) | denied 3/3/17 (Stein, J.) |
| People v Colon | 1st Dept: 145 AD3d 562 (NY) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Cooper | 2d Dept: 146 AD3d 898 (Nassau) | denied 3/29/17 (Garcia, J.) |
| People v Crawford | 1st Dept: 146 AD3d 426 (Bronx) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v Crespo | 1st Dept: 144 AD3d 461 (NY) | granted 3/6/17 (Stein, J.) |
| People v Cuesta | 1st Dept: 146 AD3d 503 (NY) | denied 3/22/17 (Garcia, J.) |
| People v Cummings | 1st Dept: 145 AD3d 490 (NY) | granted 3/31/17 (Fahey, J.) |